IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:04CR3161 |
| DEMOND NORVEL WILKINSON, | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER, comes before the Court on Defendant's Unopposed Motion to Continue his Revocation Hearing, filing 82, now set for November 1, 2012, at 1:00 p.m. The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Wilkinson's supervised release revocation hearing shall be continued until the 27th day of February, 2013, at 12:00 noon. The Defendant is ordered to appear at said hearing.

Dated this 29th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge